

FOU
301
Hou

X 773 N7E 1009614I7209/19/15    BOWES
FORWARD TIME EXP    RTN TO SEND
HOLLAR
11328 GRAND HARBOR BLVD
MONTGOMERY TX 77356-4970

34 2015

**RETURN TO SENDER**

2015

RE:    Case

Style: MHI Partnership, Ltd. and Mag Creek Partners, Ltd.
       v. City of League City, Texas

Please be advised that on this date the Court has filed a supplemental
clerk's record in the above cause.

T. C. Case # 14-CV-0340                        Christopher Prine, Cle

Kenneth And Mary Hollar
5208 Cottonwood Creek Lane
League City, TX  77573

---

FOU
301
Hou

NIXIE    773 N7E 1009 15I7209/19/15    Y BOWES
**RETURN TO SENDER**
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77002206270    *0933-00728-19-00

34 2015

2015

RE:    Cas

Style: MHI Partnership, Ltd. and Mag Creek Partners, Ltd.
       v. City of League City, Texas

Please be advised that on this date the Court has filed a supplemental
clerk's record in the above cause.

T. C. Case # 14-CV-0340                        Christopher Prine, Clerk

James And Angela  Slaughter
11831 Longleaf Lane
Houston, TX  77024

---

FOU
301
Hou

X 773 N7E 1009614I7209/19/15    OWES
FORWARD TIME EXP    RTN TO SEND
STONUM
PO BOX 907
DICKINSON TX 77539-0907

34 2015

**RETURN TO SENDER**

2015

RE:    Case

Style: MHI Partnership, Ltd. and Mag Creek Partners, Ltd.
       v. City of League City, Texas

Please be advised that on this date the Court has filed a supplemental
clerk's record in the above cause.

T. C. Case # 14-CV-0340                        Christopher Prine, Cler



Sharon  Stonum

FO[...]  X 773 N7E 100951417209/19/15  EY BOWES
301  FORWARD TIME EXP  RTN TO SEND
Hou  DODD
5234 BLUE CYPRESS LN
LEAGUE CITY TX 77573-6242
RETURN TO SENDER
17, 2015
).34⁰
3 2015

RE:  Cas[...]

Style: MHI Partnership, Ltd. and Mag Creek Partners, Ltd.
v. City of League City, Texas

Please be advised that on this date the Court has filed a supplemental clerk's record in the above cause.

T. C. Case # 14-CV-0340                    Christopher Prine, Cler[...]

Michael Dodd
1285 Bella Luna
League City, TX  77573

---

FO[...]  X 773 N7E 100981417209/19/15  Y BOWES
301  FORWARD TIME EXP  RTN TO SEND
Hou  DEANDREA
929 CIPRIANI DR
FRISCO TX 75034-3388
RETURN TO SENDER
7, 2015
.34⁰
2015

RE:  Cas[...]

Style: MHI Partnership, Ltd. and Mag Creek Partners, Ltd.
v. City of League City, Texas

Please be advised that on this date the Court has filed a supplemental clerk's record in the above cause.

T. C. Case # 14-CV-0340                    Christopher Prine, Cler[...]

Tara Jean Waynn DeAndrea
1005 Knightsbridge Drive
Frisco, TX  75034

---


NIXIE  381  4E 1009  0209/19/15  PITNEY BOWES
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
23, 2015
BC: 77002206270  *1247-02262-15-27  )00.34⁰
L-23-2015

RE:

Style: MHI Partnership, Ltd. and Mag Creek Partners, Ltd.
v. City of League City, Texas

Please be advised that on this date, the reporter's record has been received and filed. If the reporter's record is incomplete, appellant or any other party may seek to supplement the record. Tex. R. App. P. 34.6(d). **If the clerk's record has already been filed, appellants brief is due 30 days (20 days in accelerated appeals) from the date of this notice.**

T. C. Case # 14-CV-0340                    Christopher Prine, Cler[...]

NIXIE 773 N7E 1009 1517209/19/15
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 77002206270 *0933-00740-19-00

FO
301
Hou

**RE:** Cas

Style: MHI Partnership, Ltd. and Mag Creek Partners, Ltd.
v. City of League City, Texas

Please be advised that on this date the Court has filed a supplemental clerk's record in the above cause.

T. C. Case # 14-CV-0340                    Christopher Prine, Cler

Brian & Brooke Drzewiecki
5409 Magnolia Greens Lane
League City, TX 77573

---

X 773 N7E 100971417209/19/15
FORWARD TIME EXP RTN TO SEND
LAWSON
625 SHADOWCLIFF CT
LEAGUE CITY TX 77573-1832
RETURN TO SENDER

FOUR
301 Fa
Houst

**RE:** Case

Style: MHI Partnership, Ltd. and Mag Creek Partners, Ltd.
v. City of League City, Texas

Please be advised that on this date the Court has filed a supplemental clerk's record in the above cause.

T. C. Case # 14-CV-0340                    Christopher Prine, Cler

Lance Andf Donya Lawson
3210 Crimson Coast Dr.
League City, TX 77573

---



X 773 N7E 100951417209/19/15
FORWARD TIME EXP RTN TO SEND
BRONIKOWSKI SHERRI J
1605 MISTY GLEN LN
LEAGUE CITY TX 77573-6288
RETURN TO SENDER

FO
301
Hoi

**RE:** Cas

Style: MHI Partnership, Ltd. and Mag Creek Partners, Ltd.
v. City of League City, Texas

Please be advised that on this date the Court has filed a supplemental clerk's record in the above cause.

T. C. Case # 14-CV-0340                    Christopher Prine, Cler

Sherri Bronikowski

X 773 N7E 100961417209/19/15
FORWARD TIME EXP RTN TO SEND
STONUM
PO BOX 907
DICKINSON TX 77539-0907

RETURN TO SENDER



00.34⁰

18 2015

**RE:**

Style: MHI Partnership, Ltd. and Mag Creek Partners, Ltd.
v. City of League City, Texas

Please be advised that on this date the Court has filed a supplemental clerk's record in the above cause.

T. C. Case # 14-CV-0340                         Christopher Prine, Cle

Sharon  Stonum
5207 Blue Cypress Ln/
League City, TX  77573

---

X 773 N7E 100951417209/19/15
FORWARD TIME EXP RTN TO SEND
BRONIKOWSKI SHERRI J
1605 MISTY GLEN LN
LEAGUE CITY TX 77573-6288

RETURN TO SENDER



.34⁰

2015

**RE:**

Style: MHI Partnership, Ltd. and Mag Creek Partners, Ltd.
v. City of League City, Texas

Please be advised that on this date the Court has filed a supplemental clerk's record in the above cause.

T. C. Case # 14-CV-0340                         Christopher Prine, Cle

Sherri  Bronikowski
5319 Spring Brook Ct
League City, TX  77573

---



X 773 N7E 100991417209/19/15
FORWARD TIME EXP RTN TO SEND
DURHAM
11538 COUNTY ROAD 225
OAKWOOD TX 75855-4258

RETURN TO SENDER

0.34⁰

18 2015

**RE:**

Style: MHI Partnership, Ltd. and Mag Creek Partners, Ltd.
v. City of League City, Texas

Please be advised that on this date the Court has filed a supplemental clerk's record in the above cause.

T. C. Case # 14-CV-0340                         Christopher Prine, Cle

Harry J. & Sandra F.  Durham